463 A.2d 58

Commonwealth v. Norman, Appellant.
Petition for Allowance of Appeal
Denied Nov. 16, 1983.

Submitted June 16, 1983.  Arnold P. Minicozzi, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Leon Katz is affirmed.